IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                    ) | |
|     Plaintiff,          ) | |
|                                    ) | |
|     vs.                ) | CRIMINAL NO.   14-2352 MCA |
|                                    ) | |
| **EARL THOMAS ROMO**,              ) | |
|                                    ) | |
|     Defendant.         ) | |

**ORDER TO REPLACE ORIGINAL WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States by way of an Unopposed Motion (Doc. 40) has requested to replace the original Writ of Habeas Corpus ad Prosequendum for Custody of Defendant until Completion of Federal Case (Doc. 9) with a Writ of Habeas Corpus ad Prosequendum for Temporary Custody of Defendant.  The United States in its Unopposed Motion has also requested that the Court issue an Order authorizing the Clerk of the Court to issue a Writ of Habeas Corpus ad Prosequendum for Temporary Custody of Defendant.

**THIS MATTER** having come before the Court on the United States' Motion to Replace Writ of Habeas Corpus ad Prosequendum for Custody of Defendant until Completion of Federal Case (Doc. 9), the Court being fully advised in the premises, finds the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the original Writ of Habeas Corpus ad Prosequendum for Custody of Defendant until Completion of Federal Case (Doc. 9) be replaced with a Writ of Habeas Corpus ad Prosequendum for Temporary Custody of Defendant.

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum for Temporary Custody of Defendant.

_____
M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE